UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

MICHAEL MORGENSTERN                 :            CASE NO.  2:20-CV-00754

VERSUS                                        :            JUDGE JAMES D. CAIN, JR.

P N K (LAKE CHARLES) L L C ET AL  :            MAGISTRATE JUDGE KAY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [doc. 14] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that this matter be DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

THUS DONE AND SIGNED in Chambers this 15th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE